ORIGINAL

FILED
JUL 17 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| OCEAN TECHNICAL SERVICES, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant | ) | No. 06-523 C<br><br>Judge ____________ |

## NOTICE OF DIRECTLY RELATED CASE

Pursuant to Rule 40.2 of the rules of this Court, Ocean Technical Services hereby provides notice that this case is directly related to *Textron, Inc. v. United States*, No. 06-517 C, as it involves the same contract. Consolidation of this action with *Textron, Inc.* is likely to conserve judicial resources and promote an efficient determination of the actions.

Dated: July 17, 2006

Respectfully submitted,

Marcus B. Slater, Jr.
Attorney of Record for
Ocean Technical Services, Inc.

SLATER & ZEIEN, L.L.P.
1030 15th Street, N.W., Suite 300
Washington, D.C. 20005
Phone: 202-467-5900

Facsimile: 202-467-4045