ORIGINAL

FILED
JUL 17 2006
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| OCEAN TECHNICAL SERVICES, INC. | ) | No. 06-523 C |
| Plaintiff, | ) | |
| v. | ) | Judge ________ |
| THE UNITED STATES, | ) | |
| Defendant | ) | |

**CORPORATE DISCLOSURE STATEMENT OF**
**OCEAN TECHNICAL SERVICES, INC.**

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, I Marcus B. Slater, Jr. counsel of record for Plaintiff Ocean Technical Services, Inc. certify that there is no no parent corporation and no publicly held corporation that owns ten percent or more of its stock.

Dated this 17th day of July, 2006.

Respectfully submitted,

[signature]

Marcus B. Slater, Jr.
Attorney of Record for
Ocean Technical Services, Inc.

SLATER & ZEIEN, L.L.P.
1030 15th Street, N.W., Suite 300
Washington, D.C. 20005
Phone: 202-467-5900
Facsimile: 202-467-4045

Of Counsel:

Jennifer J. Zeien
SLATER & ZEIEN, L.L.P.

Henry W. Kinney
Michael L. DeShazo
KINNEY & ELLINGHAUSEN
1250 Poydras Street, Suite 2450
New Orleans, LA 70113
Phone: 504-524-0206
Facsimile: 504-525-6216