ORIGINAL

FILED
JUL 17 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| OCEAN TECHNICAL SERVICES, INC. | ) | |
| Plaintiff, | ) | No. 06-523 C |
| v. | ) | Judge ______________ |
| THE UNITED STATES, | ) | |
| Defendant | ) | |

## MOTION OF PLAINTIFF, OCEAN TECHNICAL SERVICES, INC., FOR PROTECTIVE ORDER

Pursuant to Rule 16 of Appendix C of the Rules of this Court, plaintiff, Ocean Technical Services, Inc., hereby moves for issuance of a protective order substantially in the form provided in Form 8 RCFC. Plaintiff's complaint, filed simultaneously herewith, contains confidential and proprietary information of plaintiff and Minitowac Marine Group/Marinette Marine Corporation and Textron Systems Marine & Land Operations, as well as competition sensitive source selection information (collectively "Information") relating to the solicitation which is the subject of the action. Such Information is also likely to be included in additional filings by the parties as this action proceeds.

Wherefore, issuance of a protective order is appropriate in this case.

Dated: July 17, 2006.

Respectfully submitted,

Marcus B. Slater, Jr.
Attorney of Record for
Ocean Technical Services, Inc.

Slater & Zeien, L.L.P.
1030 15th St. N.W.
Washington, D.C.
Telephone: 202-467-5900
Facsimile: 202-467-4045

ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| OCEAN TECHNICAL SERVICES, INC. | ) | |
| Plaintiff, | ) | No. 06-523 C |
| v. | ) | Judge ____________ |
| THE UNITED STATES, | ) | |
| Defendant | ) | |

## ORDER

Having considered Plaintiff's Motion for a Protective Order it is this _____ day of _____, 2006, ORDERED that the same shall be and hereby is granted and such Protective Order is issued in the form attached hereto.

____________________
Judge