ORIGINAL

FILED
JUL 17 2006
U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| OCEAN TECHNICAL SERVICES, INC. Plaintiff, v. THE UNITED STATES, Defendant | No. 06-523 C Judge ______ |

MOTION OF PLAINTIFF, OCEAN TECHNICAL SERVICES, INC., FOR LEAVE TO FILE COMPLAINT UNDER SEAL

Pursuant to Rule 4 of Appendix C of the Rules of this Court, plaintiff, Ocean Technical Services, Inc. hereby moves for leave to file its complaint under seal. The complaint contains confidential and proprietary information of plaintiff and Marinette Marine Corporation and Textron, Inc., as well as competition sensitive source selection information (collectively "Information") relating to the solicitation which is the subject of the action. A motion for a protective order protecting the Information has been filed simultaneously herewith.

Wherefore, this motion should be granted.

Dated: July 17, 2006

Respectfully submitted,

Marcus B. Slater, Jr.
Attorney of Record for
Ocean Technical Services, Inc.

Slater & Zeien, L.L.P.
1030 15th St. N.W.
Washington, D.C.
Telephone: 202-467-5900
Facsimile: 202-467-4045

ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| OCEAN TECHNICAL SERVICES, INC. | ) | |
| Plaintiff, | ) | No. 06-523 C |
| v. | ) | Judge ____________ |
| THE UNITED STATES, | ) | |
| Defendant | ) | |

**ORDER**

Having considered Plaintiff's Motion to file Under Seal, such motion is granted and it is ORDERED this _____ day of ____, 2006, that his action shall be filed under seal.

____________________
Judge