# In the United States Court of Federal Claims

**Nos. 06-517 C and 06-523 C**

**TEXTRON, INC.,**
**Plaintiff,**

**JUDGMENT**

**v.**

**THE UNITED STATES,**
**Defendant,**
**and**

**MANITOWOC MARINE GROUP/MARINETTE MARINE CORPORATION,**
**Intervenor-Defendant.**

---

**OCEAN TECHNICAL SERVICES, INC.,**
**Plaintiff,**
**v.**

**THE UNITED STATES,**
**Defendant,**
**and**

**MANITOWOC MARINE GROUP/MARINETTE MARINE CORPORATION,**
**Intervenor-Defendant,**

Pursuant to the court's Opinion, filed November 8, 2006, granting defendant's and Marinette's cross-motions for judgment on the administrative record and denying plaintiffs' cross-motions for judgment on the administrative record,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is in favor of defendant and Marinette.

Brian Bishop
Clerk of Court

**November 9, 2006** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.